UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD CLARK )<br>Petitioner, )<br>)<br>v. )<br>)<br>LOIS RUSSO )<br>Respondent. )<br>) | Civil Action No. 05-10148-DPW |

## **ANSWER**

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, the respondent hereby answers the petition for writ of habeas corpus of the petitioner Ronald Clark.

1. Admitted.

2. Admitted.

3. Admitted. Answering further the respondent states that the petitioner was also sentenced to a concurrent term of fifteen to twenty years on the rape conviction and a consecutive term of three years probation for the assault with a dangerous weapon conviction.

4. Admitted.

5. Admitted.

6. Left blank by petitioner. Answering further the respondent states that the petitioner had a jury trial.

7. Admitted.

8. Admitted.

9(a)-(d). Admitted.

9(e). Admitted. Answering further, the respondent states that the citation for the denial of further appellate review is 441 Mass. 1107, 807 N.E.2d 830 (2004).

9(f). Left blank by petitioner.

10. The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 10.

11(a)-(c). Denied.

11(d). Left blank by petitioner.

12. The respondent states that paragraph 12 contains legal argument and conclusions to which no response is required. To the extent that a response is deemed necessary, the respondent denies the factual allegations contained in paragraph 12 of the petition insofar as they are inconsistent with the facts found by the Massachusetts Appeals Court in *Commonwealth v. Clark*, 60 Mass. App. Ct. 1119, 804 N.E. 2d 961 (2004).

13. Left blank by petitioner.

14. The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 14.

15(a)-(b). Left blank by petitioner.

15(c)-(e). Admitted.

15(f)-(g). Left blank by petitioner.

16. Admitted.

17. The respondent lacks the knowledge or information sufficient to admit or deny the allegations contained in paragraph 17.

And further answering the respondent has obtained transcripts from the petitioner's trial which will be supplied to the Court whenever deemed necessary. Pursuant to Rule

5 of the Rules Governing 28 U.S.C. §2254 cases, the respondent is filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

1. Docket sheets, *Commonwealth v. Ronald Clark*, SUCR2000-10397.

2. Brief and Record Appendix on appeal to the Massachusetts Appeals Court (03-P-167).

3. Brief for the Commonwealth of Massachusetts on Appeal to the Massachusetts Appeals Court (03-P-167).

4. *Commonwealth v. Clark*, 60 Mass. App. Ct. 1119, 804 N.E.2d 961 (2004).

5. Application for further appellate review.

6. *Commonwealth v. Clark*, 441 Mass. 1107, 807 N.E. 2d 830 (2004) (further appellate review denied).

## **DEFENSES**

1. The state court reached its decision on the basis of an adequate and independent state law ground.

2. In the alternative, the state court's adjudication of the petitioner's claims was not contrary to or an unreasonable application of clearly established Supreme Court law nor was it based on an unreasonable determination of the facts in light of the evidence presented in the state court.

The respondent respectfully reserves the right to amend or supplement this Answer in the future should the need arise.

Respectfully submitted,
THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 561669

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached documents was served upon petitioner's counsel, Stella Robinson, 405 Waltham Street, No. 179, Lexington, MA 02421, by first class mail, postage pre-paid, on March 3, 2005.

 /s/ Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General