UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RONALD CLARK<br>    Petitioner,<br><br>v.<br><br>LOIS RUSSO<br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-10148-DPW |

**ASSENTED TO MOTION TO ENLARGE THE TIME
FOR FILING AN OPPOSITION TO THE HABEAS PETITION**

    The respondent hereby respectfully moves this Court to enlarge the time in which to file an opposition to the above-captioned petition for writ of habeas corpus to March 11, 2005. The respondent has already filed an answer and supplemental answer to the petition and requires the additional four days to adequately respond to the claim raised by the petitioner. Petitioner's counsel assents to this extension.

                                        Respectfully submitted,
                                        THOMAS F. REILLY
                                        ATTORNEY GENERAL

                                        /s/ Susanne G. Reardon
                                        Susanne G. Reardon
                                        Assistant Attorney General
                                        Criminal Bureau
                                        One Ashburton Place
                                        Boston, Massachusetts 02108
                                        (617) 727-2200
                                        BBO No. 561669

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the attached documents was served upon petitioner's counsel, Stella Robinson, 405 Waltham Street, No. 179, Lexington, MA 02421, by first class mail, postage pre-paid, on March 4, 2005.

                 /s/ Susanne G. Reardon
                 Susanne G. Reardon
                 Assistant Attorney General