UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Ronald Clark,
Petitioner

CIVIL ACTION
No. 05-10148-DPW

v.

Lois Russo,
Superintendent

Thomas F. Reilly,
Massachusetts Attorney General

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Now comes the Petitioner and moves this Honorable Court for leave to proceed in forma pauperis.

As grounds,

1. The Petitioner is indigent and will be unable to pay the costs associated with further proceedings.

This motion is supported by a Form AO240 Application to Proceed without Prepayment of Fees and Affidavit.

Ronald Clark,
by his attorney,

Stella Robinson

BBO No. 543718

405 Waltham Street, No. 179
Lexington, MA 02421
781-862-7497

dated: July 20, 2005

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

7/8/2005                    Ronald Clark
_____                _____
Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050706 12:42

Page: 1

| Commit# : | W70091 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | | |
|---|---|---|---|---|---|---|---|---|
| Name : | CLARK, RONALD, , | | | Statement From | 20050106 | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20050706 | | | |
| Block : | H1 | | | | | | | |
| Cell/Bed : | 42 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $891.77 | $883.40 | $0.00 | $0.00 |
| 20050107 22:30 | CN - Canteen | 3952270 | | SBCC | ~Canteen Date : 20050107 | $0.00 | $8.12 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3984716 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20050120 09:15 | ML - Mail | 4020785 | | SBCC | ~PAUL - MAIN ST | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050120 09:15 | MA - Maintenance and Administration | 4020786 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050121 22:30 | CN - Canteen | 4028665 | | SBCC | ~Canteen Date : 20050121 | $0.00 | $14.63 | $0.00 | $0.00 |
| 20050128 22:30 | CN - Canteen | 4055738 | | SBCC | ~Canteen Date : 20050128 | $0.00 | $4.45 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4113778 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20050216 10:06 | ML - Mail | 4153925 | | SBCC | ~PAUL LEAY | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050216 10:06 | MA - Maintenance and Administration | 4153926 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050218 22:30 | CN - Canteen | 4173204 | | SBCC | ~Canteen Date : 20050218 | $0.00 | $18.14 | $0.00 | $0.00 |
| 20050225 22:30 | CN - Canteen | 4201544 | | SBCC | ~Canteen Date : 20050225 | $0.00 | $1.02 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4284814 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4424728 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050419 09:08 | ML - Mail | 4472926 | | SBCC | ~PAUL L. | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050419 09:08 | MA - Maintenance and Administration | 4472928 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050422 22:30 | CN - Canteen | 4498808 | | SBCC | ~Canteen Date : 20050422 | $0.00 | $29.19 | $0.00 | $0.00 |
| 20050429 22:30 | CN - Canteen | 4529650 | | SBCC | ~Canteen Date : 20050429 | $0.00 | $9.84 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4591099 | | SBCC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4752917 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050612 14:28 | ML - Mail | 4769429 | | SBCC | ~GAIL | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050612 14:28 | MA - Maintenance and Administration | 4769431 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050617 22:30 | CN - Canteen | 4802746 | | SBCC | ~Canteen Date : 20050617 | $0.00 | $17.55 | $0.00 | $0.00 |
| 20050630 22:30 | CN - Canteen | 4862272 | | SBCC | ~Canteen Date : 20050630 | $0.00 | $1.48 | $0.00 | $0.00 |
| | | | | | | $100.05 | $108.42 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050706 12:42

Page: 2

| | | | |
|---|---|---|---|
| Commit# : | W70091 | SOUZA-BARANOWSKI CORRECTIONAL | |
| Name : | CLARK, RONALD, , | Statement From | 20050106 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To | 20050706 |
| Block : | H1 | | |
| Cell/Bed : | 42 /A | | |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*VERIFIED*

*[signature]* CPOC
CORRECTION PROGRAM OFF.
Souza-Baranowski
Correctional Center

## CERTIFICATE OF SERVICE

*Clark v. Russo*
05-10148-DPW

I hereby certify that a true copy of the above document was served upon Susanne G. Reardon, AAG, attorney of record for the respondent, by mail on July 21, 2005.

Stella Robinson

BBO No. 543718

405 Waltham Street, No. 179
Lexington, MA 02421
781-862-7497