```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

RONALD CLARK,
    Petitioner,

                                       CIVIL ACTION NO.
    v.                              05-10148-DPW

LOIS RUSSO,
    Respondent.

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order entered August 31, 2005, denying the Petition for Habeas Corpus relief under 28 U.S.C. §2254, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                            BY THE COURT,

                                            /s/ Michelle Rynne
                                            Deputy Clerk

DATED: August 31, 2005