UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )   CIVIL ACTION
Ronald Clark                            )   NO. 05-10148-DPW
Petitioner                              )
                                        )
v.                                      )
                                        )
Lois Russo                              )
Superintendent                          )
_____)

NOTICE OF APPEAL

Notice is hereby given that Ronald Clark, Petitioner in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from judgment, memorandum, and order, dated August 31, 2005, of this Court, Woodlock, J.

Respectfully submitted,

/s/ Stella Robinson,
Counsel for the Petitioner

BBO No. 543718
405 Waltham Street, No. 179
Lexington, MA 02421
781-862-7497