# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10148

Ronald Clark

v.

Lois Russo

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/14/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 5, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/5/05.

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10148-DPW

Clark v. Russo et al
Assigned to: Judge Douglas P. Woodlock
Cause: 28:2254 Ptn for Writ of H/C - Stay of Execution

Date Filed: 01/25/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Plaintiff**

**Ronald Clark**  represented by **Stella J. Robinson**
405 Waltham Street
No.179
Lexington, MA 02421
781-862-7497
Email: sjrobinson@rcn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lois Russo**
*Superintendent*

represented by **Susanne G. Reardon**
Attorney General's Office
One Ashburton Place
18th Floor
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
Email: susanne.reardon@ago.state.ma.us

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

## Defendant

**Thomas F. Reilly**
*Attorney General of Massachusetts*

represented by **Susanne G. Reardon**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2005 | 1 | PETITION for Writ of Habeas Corpus $ 5, receipt number 61653, filed by Ronald Clark. (Attachments # 1 Cover Sheet# 2 Category Sheet)(Nici, Richard) (Entered: 01/27/2005) |
| 01/25/2005 | 2 | MEMORANDUM OF LAW in Support by Ronald Clark to 1 Petition for Writ of Habeas Corpus. (Nici, Richard) (Entered: 01/27/2005) |
| 02/07/2005 | 3 | Judge Douglas P. Woodlock : ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Ryne, Michelle) (Entered: 02/07/2005) |
| 03/03/2005 | 4 | RESPONSE to Petition for Writ of Habeas Corpus by Lois Russo.(Reardon, Susanne) (Entered: 03/03/2005) |
| 03/04/2005 | 5 | MOTION for Extension of Time to 3/11/05 to File Response/Reply *to habeas petition* by Lois Russo. (Reardon, Susanne) (Entered: 03/04/2005) |
| 03/04/2005 | 6 | RESPONSE to Petition for Writ of Habeas Corpus by Thomas F. Reilly. UNSCANNABLE(Nici, Richard) (Entered: 03/07/2005) |
| 03/07/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 5 Motion for Extension of Time to File Response to petition. Response due 3/11/05. |

| | | |
|---|---|---|
| | | (Rynne, Michelle) (Entered: 03/07/2005) |
| 03/11/2005 | 7 | MEMORANDUM OF LAW by Lois Russo. (Reardon, Susanne) (Entered: 03/11/2005) |
| 03/15/2005 | | NOTICE REGARDING REPLY MEMORANDUM:Petitioner's Reply to Memorandum in opposition to Petition for Writ of Habeas corpus due by 4/4/2005. (Rynne, Michelle) (Entered: 03/15/2005) |
| 03/15/2005 | | Judge Douglas P. Woodlock : Electronic ORDER REQUIRING ELECTRONIC FILING. It is hereby ORDERED that, unless leave is granted, upon good cause shown, to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed. Such filings shall be made in accordance with and subject to, the terms and conditions of electronic filing as set forth by this Court. All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so. It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or counsel has registered for electronic filing, it is his/her responsibility to monitor his/her e-mail to ensure receipt of electronic notices. Any changes in e-mail addresses must be reported to the Court immediately(Rynne, Michelle) (Entered: 03/15/2005) |
| 04/04/2005 | 8 | Petitioner's reply to the respondent Russo's opposition to his petition for Writ of Habeas Corpus by Ronald Clark (Nici, Richard) (Entered: 04/05/2005) |
| 04/05/2005 | | Notice of correction to docket made by Court staff. Correction: entry #8 corrected because: To fix filing date and replace with signed document. (Nici, Richard) (Entered: 04/05/2005) |

| | | |
|---|---|---|
| 07/25/2005 | 9 | MOTION for Leave to Proceed in forma pauperis by Ronald Clark.(Nici, Richard) (Entered: 07/26/2005) |
| 08/02/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 9 Motion for Leave to Proceed in forma pauperis. The motion for leave to proceed in forma pauperis is allowed, only to the extent that Petitioner seeks a determination that he is currently indigent and qualifies for in forma pauperis status as of this date. (Plaintiff paid the $5.00 filing fee previously). However, no further action shall be taken based on this determination, absent a motion seeking specific relief, with a supporting memorandum (e.g. Motion for Copies to be paid pursuant to the Criminal Justice Act (CJA)). The Court will not appoint Attorney Stella Robinson as CJA counsel pursuant to 18 U.S.C. 3006A based on this motion seeking in forma pauperis status. (Rynne, Michelle) (Entered: 08/02/2005) |
| 08/31/2005 | 10 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered denying the petition for a writ of habeas corpus and directing the clerk to dismiss this case. (Woodlock, Douglas) (Entered: 08/31/2005) |
| 08/31/2005 | 11 | Judge Douglas P. Woodlock : ORDER entered. ORDER DISMISSING CASE.(Rynne, Michelle) (Entered: 08/31/2005) |
| 09/14/2005 | 12 | NOTICE OF APPEAL by Ronald Clark. $ 255 Reason fee is not required: Petitioner deemed indigent. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/4/2005. (Robinson, Stella) (Entered: 09/14/2005) |
| 09/14/2005 | 13 | MOTION for Certificate of Appealability by Ronald |

| | | |
|---|---|---|
| | | Clark. (Attachments: # 1 Memorandum in Support) (Robinson, Stella) (Entered: 09/14/2005) |
| 09/15/2005 | ⦿ | Judge Douglas P. Woodlock : Electronic ORDER entered denying 13 Motion for Certificate of Appealability, the petitioner having failed to make a substantial showing of the denial of a constitutional right involving an issue as to which there would be disagreement among jurists of reason or an issue deserving of encouragement to provide further review. (Woodlock, Douglas) (Entered: 09/15/2005) |