# United States Court of Appeals
## For the First Circuit

No. 05-2513

RONALD CLARK,

Petitioner, Appellant,

v.

LOIS RUSSO, SUPERINTENDENT, ET AL.,

Respondents, Appellees.

Torruella, Circuit Judge,
Selya, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: February 2, 2007

    Petitioner Ronald Clark has applied for a certificate of appealability (COA) to appeal from the district court's denial of his habeas petition, filed under 28 U.S.C. § 2254. We have carefully reviewed the record and the arguments in petitioner's application and find that, for essentially the reasons given by the district court, "reasonable jurists would [not] find the district court's assessment of the constitutional claims debatable or wrong." See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

    We therefore deny a COA, and this proceeding is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
MARGARET CARTER
Chief Deputy Clerk.

---

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 2/26/07

[cc: Stella Joyce Robinson, Esq., Susanne G. Reardon, AAG.]